# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146462

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MIDWEST BUSINESS CREDIT, L.L.C.,
        Plaintiff-Appellee,

v

SC: 146462
COA: 305569
Lapeer CC: 10-043082-PD

TTOD LIQUIDATION, INC. and LAPEER
PLATING & PLASTICS, INC.,
        Defendants-Appellants,

and

DOTT ACQUISITION, L.L.C.,
        Defendant.
_____/

      On order of the Court, the application for leave to appeal the November 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013

p0520

Clerk